ACCEPTED
03-16-00521-CV
13844100
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/17/2016 10:03:11 AM
JEFFREY D. KYLE
CLERK

CAUSE NO. 03-16-00521-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT
AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/17/2016 10:03:11 AM
JEFFREY D. KYLE
Clerk

WEST TRAVIS COUNTY PUBLIC UTILITY AGENCY,
*Appellant*,

v.

CCNG DEVELOPMENT CO., L.P.,
*Appellee.*

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF

Appellant West Travis County Public Utility Agency ("WTCPUA"), the Appellant in the above-styled and numbered proceeding, pursuant to Tex. R. App. P. 10.1(a) and 10.5(b), and moves for an extension of time to file its Appellant's Reply Brief, and in support thereof would respectfully show the Court as follows:

1.      Appellee's Response Brief was filed herein on November 8, 2016, and the Appellant's Reply Brief is currently due to be filed on November 28, 2016.

2.      Counsel for Appellant is scheduled for oral argument in the case styled *City of Dallas v. Sabine River Authority*, No. 09-16-00246-CV in the Court of Appeals for the Ninth District at Beaumont, Texas, on December 15, 2016. That case is an accelerated appeal.

3.      On November 14, 2016, this Court set this matter for submission on briefs on December 5, 2016.

4.      In addition, Counsel for Appellant is lead appellate counsel in an appeal currently pending before the Court of Appeals for the Eleventh District at Eastland, Texas, styled *City of Merkel v. Copeland*, Cause No. 11-16-00323-CV. Appellant's Brief in that appeal is currently due December 29, 2016.  That case is likewise an accelerated appeal.

5.      As a result of these (and other) conflicts, including the Thanksgiving holiday and a previously-scheduled family vacation, counsel for Appellant needs additional time to fully reply to the issues raised in Appellee's Brief.  Appellant therefore respectfully requests an extension of time for the filing of Appellant's Reply Brief, for a period of 7 days from the current due date of November 28, 2016, to and including December 5, 2016.

6.      This is the first request for extension of time to file Appellant's Reply Brief.

7.      The undersigned attorney of record for Appellant has conferred via e-mail with lead appellate counsel for the Appellee, CCNG Development Co., L.P., and Doug Kilday has replied on behalf of Appellee that he does not oppose the requested 7-day extension of time.

8.     This extension of time is sought not for the purpose of delay only but so that justice may be done and so that a well-researched and concisely–written Appellant's Reply Brief may be filed with the Court, for the benefit of the parties and the Court.

WHEREFORE, PREMISES CONSIDERED, Appellant West Travis County Public Utility Agency respectfully prays that this Honorable Court grant an extension of time of 7 days from and after November 28, 2016, which to file its Appellant's Reply Brief in this case, to and including December 5, 2016.

Respectfully submitted,

_/s/ Jose E. de la Fuente_
Jose E. de la Fuente
State Bar No. 00793605
jdelafuente@lglawfirm.com
David J. Klein
State Bar No. 24041257
dklein@lglawfirm.com
James F. Parker, III
State Bar No. 24027591
jparker@lglawfirm.com
LLOYD GOSSELINK ROCHELLE &
 TOWNSEND, P.C.
816 Congress Avenue, Suite 1900
Austin, Texas 78701
Telephone:  512.322.5800
Telecopier:  512.472.0532

ATTORNEYS FOR APPELLANT

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. P. 10.1(a)(5), this certifies that counsel for Appellant conferred with counsel for Appellee by e-mail on November 14, 2016, regarding the merits of this motion, and Appellee does not oppose this motion.


/s/ *James F. Parker, III*
James F. Parker, III


## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the following instrument on counsel of record by the Court's electronic case filing system on this the 17th day of November 2016:

G. Douglas Kilday
dkilday@gdhm.com
Robin A Melvin
rmelvin@gdhm.com
David P. Lein
dlein@gdhm.com
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Ave., Suite 2200
Austin, Texas 78701


*/s/ Jose E. de la Fuente*
Jose E. de la Fuente